UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ANGELA FULCHER NAPIER					PLAINTIFF

VERSUS					CIVIL ACTION NO. 2:02CV819KS-JMR

FRIENDS OF CHILDREN OF MISSISSIPPI, INC.,
MARVIN HOGAN and JANICE MCCULLUM
    DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the joint motion, ore tenus, of Angela Fulcher Napier, pro se plaintiff, and Friends of Children of Mississippi, Inc., Marvin Hogan and Janice McCullum, ("Defendants") for the entry of a judgment of dismissal with prejudice. The Court, being fully advised that Angela Fulcher Napier, pro se plaintiff, no longer wishes to pursue her lawsuit against Defendants and asks that the Court dismiss her lawsuit against Defendants, finds that there remain no issues to be disposed of by the Court.

IT IS, THEREFORE, ORDERED that the Complaint be, and it is hereby, dismissed with prejudice, with each party to bear her and its own costs and attorneys' fees.

SO ORDERED, this the 3rd of January, 2006.

                                        *s/ Keith Starrett*
                                        UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

s/Angela Fulcher Napier

ANGELA FULCHER NAPIER, PRO SE PLAINTIFF

s/Alison L. Tasma
ALISON L. TASMA (MB# 101113)
Attorney for Defendant